UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
AUG 0 1 2012
AUG 01 2012
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

HENRY BARROWS
_____
Plaintiff

vs.

SGT SONYA GYIMAH
LT RALPH BURKYBILE
NELSON HOLMAN
SGT WILLIAMS
_____
Defendant(s)

) 12 C 6063
) Judge Virginia M. Kendall
) Magistrate Judge Maria Valdez

## COMPLAINT

☐ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☒ Other __28 U.S.C.A. § 1367__

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, __HENRY BARROWS__, and states as follows:

My current address is: __P.O. Box 99__
__Pontiac, IL, 61764__

The defendant __SGT S. GYIMAH__, is employed as __Officer__ at __Stateville Corr. Cen.__

The defendant __LT R. Burkybile__, is employed as __Officer__ at __Stateville Corr. Cen.__

The defendant  c/o N. Holman , is employed as Officer at Stateville Corr. Cen.

The defendant  SGT Williams , is employed as Officer at Stateville Corr. Cen.

(revised 9/96)

The defendant ▓▓▓▓▓▓ , is employed as ▓▓▓▓▓▓ at ▓▓▓▓▓▓

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☒     No ☐

If yes, please describe

Deliberate Indifference to Medical Needs.

___

B. Have you brought any other lawsuits in state or federal court while incarcerated?
    Yes ☒     No ☐

C. If your answer to B is yes, how many? ____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:
   Plaintiff(s)  Barrows
   Defendant(s)  Kirk

___

2. Court (if federal court, give name of district; if state court, give name of county)

_Northern Dis._

3. Docket Number/Judge

   12 C 4569

4. Basic claim made

   Excessive Force

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

6. Approximate date of filing of lawsuit  June 12 2012

7. Approximate date of disposition

   _____

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐   If your answer is no, explain why not

_____

C. Is the grievance process completed?   Yes ☒   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 09-C-2347

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: HENRY BARROWS

D. List all defendants: RAFAEL HERNIAZ

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern Dist.

F. Name of judge to whom case was assigned: Hon. V. M. Kendall

G. Basic claim made: excessive force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Trial - not appealed

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

2) BARROWS v. HERNDAZ CO NUM 09-C-2397
Northern Dist. Judge Kendall
Excessive force. Trial / not appealed

3) Barrow v. Orloko etal CASE # 09-1127
Central Dist. Judge Baker
Deliberate Indifference to medical need.
Dismissed.

4) Barrow v. Jones etal CASE # 08-1376
Central Dist. Judge Baker
Prison yard denial

5) Henry & Barrows V. Kennell
Central Dist. - Judge Baker
Religious Issue. Don't know case #

6) Henry Barrows v. Orval
Southern Dist. filed in 2003
Don't know case #
Deliberate Indifference to medical need.

## STATEMENT OF CLAIM

Place of the occurrence  Stateville Corr. Cen.

Date of the occurrence  April 20th and 26th 2011

Witnesses to the occurrence  _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

On April 20th 2011 Plaintiff Barrows requested to see a psych Doctor Sgt Gyimah stated "Kill your-self & stop talking about it". This plaintiff then cut his wrist. Med Tech was called and c/o Holman ask Sgt Gyimah was I going to HCU then stated "I'd let him keep cutting, he's only hurting hisself." Sgt Gyimah then said "he doesn't need to see a psych Doctor he need to get his ass whipped!" I was placed back in my cell, & no psych Doctor was called. I then set the inside of the cell on fire and cut myself again. I was pulled out and spoke with Doctor Woods. The next day on April 21st 2011 I informed Lt Burky Bile that I needed to see a crisis team which no one came to see me; I the set my arm on fire by rapping tolit paper around & setting it on fire. Sgt Gyimah & Lt Burky Bile came with the fire extinguisher put my arm out. Med Tech came and a white cream was put on my arm to treat the burn, then I was placed back in the cell. My skin was blistered, pilled back, Red & black.

Supposedly no Doctor was there to see about the burn. Over night I had a fever & was sweating. My arm was in pain the whole night. I was crying because the air made it worst. The burn had clear & yellowish stuff coming from it.

On April 26th 2011 I told C/O Dyer I was feeling self Injurious Suicidal And depressed, he stated he'd send the SGT because that was who had to call the crisis team member. SGT Williams came to my door cursed me out saying "What the fuck you need a crisis team for". He said If you aint talking you dont need one. I told this SGT I wasn't speaking to nobody who talked to me like he did, & that I need a crisis because he wasn't a crisis member nor trained to be one & that I didn't have to speak with him about my Issues. He (SGT Williams) walked off. A crisis team never came. I set my arm on fire Again. I did not receive Medical Attention Intill the next day. My arm had blister(s) and smelt Rotten.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

$50,000 in compensatory damages and punitive damages from each defendant. For each defendant to pay lawyer fee, coping & postage and filing fee of plaintiff complaint.

**JURY DEMAND**  Yes ☒  No ☐

Signed this 6th day of July, 2012.

*( Signature of Plaintiff)*

**Name of Plaintiff:** Henry Barrows

**Address:** P.O. Box 99 Pontiac Ill 61764

**Inmate Identification Number:** B82511

**Telephone Number:**