Ym

**FILED**

AO 240 (Rev. 10/03)

AUG 0 1 2012 aew
8-1-12

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

~~Central~~ Northern _____ District of _____ Illinois

| | |
|---|---|
| Plaintiff | **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT** |
| V. | **12 C 6063**<br>**Judge Virginia M. Kendall**<br>**Magistrate Judge Maria Valdez** |
| Defendant | |

I, Henry Barrows _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

    If "Yes," state the place of your incarceration Pontiac Corr. Cen.

    Are you employed at the institution? No Do you receive any payment from the institution? No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed? ☐ Yes ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    N/A

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. Gifts or inheritances | ☐ Yes | ☒ No |
    | f. Any other sources | ☒ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. Family.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

I declare under penalty of perjury that the above information is true and correct.

_7/6/2012_
Date

_Henny Barrell_ (signature)
Signature of Applicant

Signed 7·12·12

[Notary seal: MARK E. SPENCER / OFFICIAL SEAL / Notary Public State of Illinois / My Commission Expires]

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Henry Barrows

)
)
)
)
Plaintiff,                )
)
vs.                       )
Sonya Grimah et al        )
)
)
)
)
Defendant(s)              )

No. _____
(Supplied by Clerk)

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
## WITHOUT PREPAYMENT OF FEES AND COSTS

I, Barrows _____, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one) Single X   Married _____   Separated _____   Divorced _____

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (X)

B. If so, by whom, what is your position, and what is your pay?

_____ N/A _____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

_____ N/A _____

D. Have you received money from any other source, including judgments, in the last 6 months? Yes (X) No ( ) If yes, describe each source and state how much you received.

Family Sent Money to My books.

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? Indigent.

<u>CERTIFICATE</u>

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

   I hereby certify that the plaintiff or petitioner in this action has the sum of
$ -2.88 _____ in his trust account at the correctional center where he is
confined. I further certify that the plaintiff or petitioner has the following securites
to his credit according to the records of this institution:

_____
_____
_____
_____

_Stephanie E Vaux_
(Authorized Officer)

_Pontiac Correctional Center_
(Institution)

_Acct. Tech. I_
(Title)

DATE _7-16-12_

PORTANT:
   THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S
JST FUND ACCOUNT.

Henry Barrows
BB2577

# Pontiac Correctional Center
## Trust Fund

d_list_inmate_trans_statement_composite

### Inmate Transaction Statement

REPORT CRITERIA  -  Date: 01/16/2012 thru End;     Inmate: B82577;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: B82577 Barrows, Henry**                                    **Housing Unit: PON-N -05-29**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|---|--------|---------|
| | | | | | | **Beginning Balance:** | | 0.02 |
| 04/09/12 | Mail Room | 01 MO/Checks (Not Held) | 1002100 | R203391701304 | Rogers, Shellie | | 50.00 | 50.02 |
| 04/09/12 | Mail Room | 01 MO/Checks (Not Held) | 1002100 | 705351 | Rogers, Shellie | | 50.00 | 100.02 |
| 04/13/12 | Disbursements | 81 Legal Postage | 104394 | Chk #83880 | Pitney Bowes Bank, I, 12/23/2011 | Inv. Date: | -.64 | 99.38 |
| 04/13/12 | Disbursements | 81 Legal Postage | 104394 | Chk #83880 | Pitney Bowes Bank, I, 02/01/2012 | Inv. Date: | -2.70 | 96.68 |
| 04/13/12 | Disbursements | 81 Legal Postage | 104394 | Chk #83880 | Pitney Bowes Bank, I, 02/27/2012 | Inv. Date: | -.45 | 96.23 |
| 04/13/12 | Disbursements | 81 Legal Postage | 104394 | Chk #83880 | Pitney Bowes Bank, I, 03/13/2012 | Inv. Date: | -.45 | 95.78 |
| 04/13/12 | Disbursements | 81 Legal Postage | 104394 | Chk #83880 | Pitney Bowes Bank, I, 04/03/2012 | Inv. Date: | -.45 | 95.33 |
| 04/13/12 | Disbursements | 81 Legal Postage | 104394 | Chk #83880 | Pitney Bowes Bank, I, 04/03/2012 | Inv. Date: | -.45 | 94.88 |
| 04/13/12 | Disbursements | 81 Legal Postage | 104394 | Chk #83880 | Pitney Bowes Bank, I, 04/12/2012 | Inv. Date: | -.45 | 94.43 |
| 04/17/12 | Point of Sale | 60 Commissary | 108797 | 381231 | Commissary | | -21.39 | 73.04 |
| 04/18/12 | Disbursements | 84 Library | 109394 | Chk #83936 | DOC: 523 Fund Librar, 01/05/2012 | Inv. Date: | -.15 | 72.89 |
| 04/18/12 | Disbursements | 84 Library | 109394 | Chk #83936 | DOC: 523 Fund Librar, 01/18/2012 | Inv. Date: | -.10 | 72.79 |
| 04/18/12 | Disbursements | 84 Library | 109394 | Chk #83936 | DOC: 523 Fund Librar, 01/19/2012 | Inv. Date: | -.55 | 72.24 |
| 04/18/12 | Disbursements | 84 Library | 109394 | Chk #83936 | DOC: 523 Fund Librar, 01/30/2012 | Inv. Date: | -.60 | 71.64 |
| 04/18/12 | Disbursements | 84 Library | 109394 | Chk #83936 | DOC: 523 Fund Librar, 04/05/2012 | Inv. Date: | -.75 | 70.89 |
| 04/18/12 | AP Correction | 84 Library | 109594 | Chk #83936 Voided | DOC: 523 Fund Library | | .15 | 71.04 |
| 04/18/12 | AP Correction | 84 Library | 109594 | Chk #83936 Voided | DOC: 523 Fund Library | | .10 | 71.14 |
| 04/18/12 | AP Correction | 84 Library | 109594 | Chk #83936 Voided | DOC: 523 Fund Library | | .55 | 71.69 |
| 04/18/12 | AP Correction | 84 Library | 109594 | Chk #83936 Voided | DOC: 523 Fund Library | | .60 | 72.29 |
| 04/18/12 | AP Correction | 84 Library | 109594 | Chk #83936 Voided | DOC: 523 Fund Library | | .75 | 73.04 |
| 04/18/12 | Disbursements | 84 Library | 109394 | Chk #83937 | DOC: 523 Fund Librar, 01/05/2012 | Inv. Date: | -.15 | 72.89 |
| 04/18/12 | Disbursements | 84 Library | 109394 | Chk #83937 | DOC: 523 Fund Librar, 01/18/2012 | Inv. Date: | -.10 | 72.79 |
| 04/18/12 | Disbursements | 84 Library | 109394 | Chk #83937 | DOC: 523 Fund Librar, 01/19/2012 | Inv. Date: | -.55 | 72.24 |
| 04/18/12 | Disbursements | 84 Library | 109394 | Chk #83937 | DOC: 523 Fund Librar, 01/30/2012 | Inv. Date: | -.60 | 71.64 |
| 04/18/12 | Disbursements | 84 Library | 109394 | Chk #83937 | DOC: 523 Fund Librar, 04/05/2012 | Inv. Date: | -.75 | 70.89 |
| 04/18/12 | Disbursements | 81 Legal Postage | 109394 | Chk #83941 | Pitney Bowes Bank, I, 04/16/2012 | Inv. Date: | -1.50 | 69.39 |
| 04/27/12 | Mail Room | 01 MO/Checks (Not Held) | 1182100 | 19875338460 | Bell, Jerry | | 50.00 | 119.39 |
| 05/02/12 | Disbursements | 88 pen pal list | 123394 | Chk #84233 | 05/02/2012, Non-Stop, 05/02/2012 | | -50.00 | 69.39 |
| 05/03/12 | Disbursements | 88 pen pal list | 124394 | Chk #84293 | 05/03/2012, Chi-Ey,, 05/03/2012 | Inv. Date: | -6.95 | 62.44 |
| 05/11/12 | Disbursements | 81 Legal Postage | 132394 | Chk #84381 | Pitney Bowes Bank, I, 04/30/2012 | Inv. Date: | -.45 | 61.99 |
| 05/18/12 | Disbursements | 84 Library | 139394 | Chk #84438 | DOC: 523 Fund Librar, 04/25/2012 | Inv. Date: | -.15 | 61.84 |
| 05/23/12 | Point of Sale | 60 Commissary | 1447105 | 384234 | Commissary | | -29.70 | 32.14 |

Case: 1:12-cv-06063 Document #: 3 Filed: 08/01/12 Page 6 of 6 PageID #:15

**Pontiac Correctional Center**

**Trust Fund**

Inmate Transaction Statement

d_list_inmate_trans_statement_composite

REPORT CRITERIA  -  Date: 01/16/2012 thru End;    Inmate: B82577;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

### Inmate: B82577 Barrows, Henry               Housing Unit: PON-N -05-29

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|---|--------|---------|
| 05/31/12 | Disbursements | 88 Photos | 152394 | Chk #84536 | 05/31/12, FI, LLC, | Inv. Date: 05/31/2012 | -11.99 | 20.15 |
| 06/01/12 | Disbursements | 80 Postage | 153394 | Chk #84620 | Pitney Bowes Bank, I, | Inv. Date: 05/18/2012 | -.90 | 19.25 |
| 06/01/12 | Disbursements | 80 Postage | 153394 | Chk #84620 | Pitney Bowes Bank, I, | Inv. Date: 05/18/2012 | -.45 | 18.80 |
| 06/01/12 | Disbursements | 80 Postage | 153394 | Chk #84620 | Pitney Bowes Bank, I, | Inv. Date: 05/22/2012 | -2.00 | 16.80 |
| 06/01/12 | Disbursements | 81 Legal Postage | 153394 | Chk #84620 | Pitney Bowes Bank, I, | Inv. Date: 05/23/2012 | -.45 | 16.35 |
| 06/08/12 | Disbursements | 81 Legal Postage | 160394 | Chk #84820 | Pitney Bowes Bank, I, | Inv. Date: 06/06/2012 | -.45 | 15.90 |
| 06/08/12 | Disbursements | 80 Postage | 160394 | Chk #84820 | Pitney Bowes Bank, I, | Inv. Date: 06/06/2012 | -1.05 | 14.85 |
| 06/15/12 | Disbursements | 84 Library | 167394 | Chk #84955 | DOC - Library Copies, | Inv. Date: 06/06/2012 | -.05 | 14.80 |
| 06/15/12 | Disbursements | 83 Copies | 167394 | Chk #84956 | DOC: 523 Fund Reimbu, | Inv. Date: 05/18/2012 | -13.95 | .85 |
| 06/21/12 | AP Correction | 88 Photos | 173594 | Chk #84536 Voided | 05/31/12 - FI, LLC | | 11.99 | 12.84 |
| 06/22/12 | Disbursements | 81 Legal Postage | 174394 | Chk #84982 | Pitney Bowes Bank, I, | Inv. Date: 06/11/2012 | -2.10 | 10.74 |
| 06/27/12 | Point of Sale | 60 Commissary | 1797106 | 386714 | Commissary | | -8.72 | 2.02 |

| | |
|---|---|
| Total Inmate Funds: | 2.02 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.90 |
| Funds Available: | -2.88 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

### RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 06/11/2012 | | Disb | Library | 2 DOC: 523 Fund Library | $1.95 |
| 07/09/2012 | | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.85 |
| 07/11/2012 | | Disb | Library | 2 DOC: 523 Fund Library | $0.85 |
| 07/11/2012 | | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| 07/13/2012 | | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.10 |
| | | | | Total Restrictions: | $4.90 |