JH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

HENRY BARROW, plaintiff } 12C6063
V. } 12 C 6063
SONYA GYIMAH, defendant }

FILED
5-13-13
MAY 13 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SCANNED at PCC and E-Mailed
5/3/13 (date) by KAS (initials)
6 (# of pages)

## MOTION FOR AN ORDER COMPELLING DISCLOSURE OF DISCOVERY

Pursuant to Rule 37 of the federal Rules of civil procedure plaintiff Henry Barrows moves this Court in the above caption and states as follows:

1) Plaintiff served defendants counsil christopher walter, document request, Interrogatories in the postal service. The defendants were given (30) days to disclose discovery.

2) After (30) days the plaintiff wrote defendants counsil requesting the disclosure of discovery and the letter has come unnoticed. Attached is the motion(s) requesting discovery disclosure. The plaintiff seeks:

A) That all motions requesting discovery and document request be answered to interrogatories and documents request.

B) That these request be made within (6) weeks.

Wherefore the plaintiff prays this court compels defendants to disclose evidence.

## CERTIFICATE OF SERVICE

I Henry Barrows certify that have placed in U.S.P.S Motion to compel Disclosure of Discovery to the clerk of court and christopher E. Walter May 4th 2013.

Respectfully Submitted
Henry Barrow
Henry Barrows # B87527
P.O. Box 99
Pontiac, IL, 61764

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

HENRY BARROWS
          Plaintiff
   v.                           12 C 6063
SONYA GYIMAH et al
          Defendants

PLAINTIFF FIRST SET OF DOCUMENT REQUESTS

Pursuant to Rule 34 of the Federal Rules of civil procedure, plaintiff Henry Barrows hereby propounds his first set of document request. Defendants is to produce all responsive documents within (60) days of service hereof to: Henry Barrows #B92577, P.O. Box 99, Pontiac, IL, 61764.

REQUEST NO. 1: All documents, including policies, guidelines, instructions and/or handbooks that refer or relate to IDOC procedures related to correctional officer(s) suicidal inmates training, crisis team member and training of staff. And any document relevant to how officials are suppose to handle self injurious and suicidal inmates.

REQUEST NO. 2: All documents, including policies, guidelines, instructions and/or handbooks that refer or relate to IDOC procedures on suicide watch for self injurious and suicidal inmate, and how inmates are placed on suicide watch.

REQUEST NO. 3: All complaints, grievances, incident reports, or any other similar documents relating to defendants, including without limitation any summaries, reports or analyses thereof.

REQUEST NO. 4: All documents that refer or relate to the personnel and disciplinary files of defendant, including without limitation, any summaries, reports or analyses thereof.

REQUEST NO. 5: All documents that refer or relate to any civil cases to which the defendants has been a party in the last (5) years, including but not limited to any testimony, summaries, reports or analyses thereof.

REQUEST NO: 6. All documents that refer or relate to any health care provided to Mr. Barrows from April 2011 to December 2011, including but not limited to medication, treatment, examination, laboratory studies, or X-rays.

March 29th 2013

Henry Barrows B82577
P.O. Box 99
Pontiac, IL, 61764

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Henry Barrows,
  Plaintiff
v.                              12-C-6063
Sonya Gyimah et al,
  Defendants

PLAINTIFFS FIRST SET OF INTERROGATORIES
TO DEFENDANTS SONYA GYIMAH, RALPH BURKYBILE
NELSON HOLMAN AND D.L. WILLIAMS

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Henry Barrows hereby propounds his first set of Interrogatories to defendants Sonya Gyimah, Ralph Burkybile, Nelson Holman, and D.L. Williams. Defendants is to produce full and complete responses in writing and sworn under oath to the Interrogatories herein within thirty (30) days of service hereof to: Henry Barrows B82577, P.O. Box 99, Pontiac, IL 61764.

INTERROGATORY NO. 1: Identify your current official employment at Stateville, any former positions you have held at Stateville, any former positions you have held at other correctional facilities. For each of the positions, please include the beginning and end date of that employment position, a brief description of your main duties associated with that position, and the reason you left that position or changed positions.

INTERROGATORY NO. 2: Describe with full particularity any disciplinary action, investigation, or reprimand against you or involving you while you have been a correctional officer employed at Stateville or any other correctional center.

INTERROGATORY NO. 3: Describe with full particularity any lawsuit involving the Civil Right Act of 1871, 42 U.S.C. § 1983 to which you have been a party or testified. Please include in your response the court, the caption and case number of each such case, the facts surrounding the case, the outcome of the case, the approximate date of your testimony, whether you testified as an expert, and whether you testified on your own behalf or on behalf of the defendant or the plaintiff.

INTERROGATORY NO. 4: Describe with full particularity the official duty, in which you must carry out when inmates request a crisis team, psych doctor, or must be placed on suicide watch.

INTERROGATORY NO. 5: Describe with full particularity the official duty in which you must carry out when other officials deny or refuse to follow policies, procedures, or guidelines when inmates request crisis team, psych doctor, or suicide prevention help.

March 24th 2013

Henry Daniels B80571
P.O. Box 99
Pontiac, IL 61764

# CERTIFICATE OF SERVICE

I Henry Barrows certify that I have placed in the U.S.P.S. motion of First set of Interrogatories, First set of Admit, and First set of Document Request to defendants Sonya Gyimah, Ralph Burkybile, Nelson Holman, and D.L. Williams to:

Christopher E Walter
Asst. Att. General
100 W. Randolph St 13th fl
Chicago, IL 60601

on March 29th 2013

Henry Barrows B82577
P.O. Box 99
Pontiac, IL 61264